IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALLIENT CHARLES MOORE,

    Petitioner,        No. CIV S-07-0261 MCE GGH P

  vs.

ROBERT HOREL, Warden, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

Dockets.Justia.com

1    2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2 of an answer;
3    3. If the response to petitioner's application is a motion, petitioner's opposition or
4 statement of non-opposition shall be filed and served within thirty days of service of the motion,
5 and respondents' reply, if any, shall be filed within fifteen days thereafter; and
6    4. The Clerk of the Court shall serve a copy of this order together with a copy of
7 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
8 Patrick Farrell, Senior Assistant Attorney General.
9 DATED:  2/28/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
moor0261.100f