IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALLIENT CHARLES MOORE,

    Petitioner,               No. 2:07-cv-0261 ALA HC

    vs.

ROBERT HOREL,                  ORDER

    Respondent.

_____/

Petitioner is proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254.

Respondent is directed to file, within twenty-one (21) days from the date of this order, a brief consisting of no more than ten (10) pages discussing the following issue: What is the applicability, if any, of the following listed cases to the question of whether this Court has habeas corpus jurisdiction in the instant action: *Wilkinson v. Dotson*, 544 U.S. 74 (2005); *Heck v. Humphrey*, 512 U.S. 477 (1994); *Docken v. Chase*, 393 F.3d 1024 (9th Cir. 2004); *Ramirez v. Galaza*, 334 F.3d 850 (9th Cir. 2003); *Neal v. Shimoda*, 131 F.3d 818 (9th Cir. 1997); and *Bostic v. Carlson*, 884 F.2d 1267 (9th Cir. 1989)?

Petitioner may file a response to Respondent's brief within twenty-one (21) days of receiving the brief.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Within twenty-one (21) days of this order, Respondent shall file the requested
3   briefing.
4   4. The Clerk of the Court shall serve a copy of this order on all parties.

///

DATED: December 26, 2007

/s/ Arthur L. Alarcón

_____

UNITED STATES CIRCUIT JUDGE

Sitting by Designation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26